# EXHIBIT 3

Department of Labor

# Notice of Award

Award# UI385812275A55-01-00
FAIN# UI385812275A55
Federal Award Date: 06/15/2022

## Recipient Information

**1. Recipient Name**
Wisconsin Department of Workforce Development
201 E. WASHINGTON AVENUE
MADISON, WI 53703-2866
(608) 267-7196

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1396006449A6

**4. Employer Identification Number (EIN)**
396006449

**5. Data Universal Numbering System (DUNS)**
809448012

**6. Recipient's Unique Entity Identifier (UEI)**
DCPVMWRT3DR4

**7. Project Director or Principal Investigator**
MR. JIM CLEMSON
JIM.CLEMSON@DWD.WISCONSIN.GOV
(608) 707-6609

**8. Authorized Official**
MS. PAMELA MCGILLIVRAY
DEPUTY SECRETARY
PAMELAR.MCGILLIVRAY@DWD.WISCONSIN.GOV
608-267-3200

**Federal Agency Information**
ETA Office of Grants Management

**9. Awarding Agency Contact Information**
CHANTA FERRELL
ferrell.chanta@dol.gov
202-693-3622

**10. Program Official Contact Information**
JEAN GROCHOWSKI
Program Official

## Federal Award Information

**11. Award Number**
UI385812275A55-01-00

**12. Unique Federal Award Identification Number (FAIN)**
UI385812275A55

**13. Statutory Authority**
American Rescue Plan Act (ARPA), P.L. 117-2

**14. Federal Award Project Title**
AMERICAN RESCUE PLAN-UI Navigator Program Grant

**15. Assistance Listing Number**
17.225

**16. Assistance Listing Program Title**
Unemployment Insurance

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 06/15/2022 **- End Date** 06/14/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $3,000,000.00 |
| 20a. Direct Cost Amount | $3,000,000.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $0.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $3,000,000.00 |
| **26. Period of Perfomance Start Date** 06/15/2022 **- End Date** 06/14/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $3,000,000.00 |

**28. Authorized Treatment of Program Income**

**29. Grants Management Officer – Signature**
SERENA BOYD

## 30. Remarks

**NOT THE OFFICIAL AWARD DOCUMENT** Administrative copy ONLY. Contact the Financial Assistance Awarding Officer for the official signed agreement and any subsequent modifications.

Department of Labor

Notice of Award

Award# UI385812275A55-01-00
FAIN# UI385812275A55
Federal Award Date: 06/15/2022

## Recipient Information

**Recipient Name**
Wisconsin Department of Workforce Development
201 E. WASHINGTON AVENUE
MADISON, WI 53703-2866
(608) 267-7196

**Congressional District of Recipient**
02

**Payment Account Number and Type**
1396006449A6

**Employer Identification Number (EIN) Data**
396006449

**Universal Numbering System (DUNS)**
809448012

**Recipient's Unique Entity Identifier (UEI)**
DCPVMWRT3DR4

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

**33. Approved Budget**
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. Salaries and Wages | $0.00 |
| b. Fringe Benefits | $0.00 |
| c. Total Personnel Costs | $0.00 |
| d. Equipment | $0.00 |
| e. Supplies | $0.00 |
| f. Travel | $0.00 |
| g. Construction | $0.00 |
| h. Other | $3,000,000.00 |
| i. Contractual | $0.00 |
| **j. TOTAL DIRECT COSTS** | **$3,000,000.00** |
| **k. INDIRECT COSTS** | **$0.00** |
| **l. TOTAL APPROVED BUDGET** | **$3,000,000.00** |
| m. Federal Share | **$3,000,000.00** |
| n. Non-Federal Share | **$0.00** |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 050179830X1D20220179001622ARP002A0000AOWS00AOWS00 | UI38581MO0 | ETA | 410010 | 17.225 | $3,000,000.00 | 0179830X1D |