**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MARYLAND DEPARTMENT OF LABOR, WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF DELAWARE, ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, OFFICE OF THE GOVERNOR *EX REL.* ANDY BESHEAR, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY, MAINE DEPARTMENT OF LABOR, STATE OF MICHIGAN, NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT, NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS, NEW YORK STATE DEPARTMENT OF LABOR, OREGON EMPLOYMENT DEPARTMENT, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civ. No. 26-1505 C |

**NOTICE OF APPEARANCE**

Please enter the appearance of Solicitor General Aletheia V.P. Allen as counsel for the State of New Mexico in the above-captioned case.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Aletheia V.P. Allen*
Aletheia V.P. Allen
Solicitor General

New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 527-2776
aallen@nmdoj.gov

*Counsel for the State of New Mexico*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

Dated: November 16, 2026

Respectfully submitted,

*/s/ Aletheia V.P. Allen*
Aletheia V.P. Allen
Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 527-2776
aallen@nmdoj.gov

*Attorney for the State of New Mexico*